IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                             NO. 4:14-cr-00071-JM

JASON DANIEL SIMS                                                              DEFENDANT

## ORDER

Defendant Jason Daniel Sims ("Sims") has filed the pending petition for writ of habeas corpus pursuant to 28 U.S.C. 2241. See Document 16. The petition is denied as moot.

A bond hearing for Sims will be held beginning at 2:00 p.m. on Tuesday, August 19, 2014, in Courtroom 2B of the Richard S. Arnold United States Courthouse in Little Rock, Arkansas. This order is the only formal notice of the hearing the parties will receive.

IT IS SO ORDERED this ___18___ day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE